**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **Melissa Ferrell, Executor of the Estate of Paul Richards,** | Case No.: 1:24-cv-1736 |
| | Judge Christopher A. Boyko |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| **KMS Freight, Inc., et al,** | |
| Defendants. | |

Pursuant to the Court's Order of 01/27/2026, the parties advise the Court as follows:

Each party has responded to the others' Requests for Admission.

Written discovery has been submitted to each party by the other with responses in the process of being finalized.

Accordingly, Plaintiff seeks an additional 14 days to consider mediation. Defendants Djabbarov and KMS Freight, Inc. remain amendable to mediation.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

| | |
|---|---|
| By: */s/ Jonathan N. Bond (via telephone consent)* | By:      */s/ Andrew H. Isakoff* |
| JONATHAN N. BOND (0096696) | ANDREW H. ISAKOFF (0037177) |
| D.J. YOUNG (0071839) | 127 Public Square, Suite 3510 |
| ANDREW R. YOUNG (0071543) | Cleveland, Ohio 44114 |
| The Law Firm for Truck Safety LLP | Phone: (216) 912-3804 |
| 31387 Lorain Road | Fax: (216) 344-9006 |
| Cleveland, Ohio 44070 | Email: ahisakoff@mdwcg.com |
| Phone: (216) 961-3932 | *Counsel for Defendant Counsel for* |
| jon@truckaccidents.com | *Defendants KMS Freight, Inc. and Ulugbek* |
| dj@truckaccidents.com | *Djabbarov* |
| andy@truckaccidents.com | |
| *Counsel for Plaintiff* | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 6, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By: *     /s/ Andrew H. Isakoff*
    ANDREW H. ISAKOFF (0037177)
*Counsel for Defendant Counsel for Defendants*
*KMS Freight, Inc. and Ulugbek Djabbarov*