**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

## MINUTES OF PROCEEDINGS--CIVIL

Melissa Ferrell,

DATE: May 5, 2026

CASE NO. 1:24-CV-01736-CAB

Plaintiff,

JUDGE CHRISTOPHER A. BOYKO

MAGISTRATE JUDGE JONATHAN D. GREENBERG

vs.

KMS Freight, Inc., et al.,

ECRO: D. Savage

Defendants.

Counsel for Defendants:
Andrew H. Isakoff

Counsel for Plaintiff:
Andrew R. Young

Defendant/Representative:
NA

Plaintiff/Representative:
Melissa Ferrell

PROCEEDINGS: A mediation was held on May 5, 2026, with the above participants. The parties reached an agreement. Notice of dismissal with prejudice, subject to Probate Court approval, is due by close of business (5:00 p.m.) on July 13, 2026. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

   3.5 hours

Total Time

*s/ Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge