UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MELISSA FERRELL, EXECUTOR OF THE ESTATE OF PAUL RICHARDS, Deceased | ) ) ) | CASE NO. 1:24-CV-1736 |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KMS FREIGHT, INC., *et al*., | ) ) | |
| Defendants. | ) | |

**MOTION OF PLAINTIFF FOR EXTENSION OF TIME TO OBTAIN PROBATE COURT APPROVAL OF PROPOSED SETTLEMENT**

Now comes Plaintiff pursuant to this Court's Minutes of Proceedings file stamped May 5, 2026. This Court has ordered that the parties file a "notice of dismissal with prejudice, subject to Probate Court approval" by July 13, 2026. It has taken the wrongful death beneficiaries time to reach an agreement on the allocation of the proposed settlement between and among themselves and to prepare the necessary paperwork for the Portage County Probate Court. The Portage County Probate Court has not, in the past, accepted e-signatures and, therefore, all signatures from the wrongful death beneficiaries must be obtained using the mail and/or express services. The Plaintiff anticipates having all signatures before July 13, 2026, and filing with the Portage County Probate Court promptly thereafter, but the Plaintiff does not know how long it will take the Portage County Probate Court to review the application and issue orders related to it. Once an order has been received from the Portage County Probate Court, Plaintiff will notify the Defendants. Defendants likely will need a few weeks to process the payment. Consequently, Plaintiff respectfully moves

this Court to extend this Court's deadline from July 13, 2026 to October 13, 2026, to allow

sufficient time to complete the settlement.

Respectfully Submitted by:

***/s/ Andrew R. Young***
Andrew R. Young (0071543)
D. J. Young, III (0071839)
Jonathan Bond (0096696)
The Law Firm for Truck Safety LLP
31387 Lorain Road
Cleveland, OH 44070
Phone: 216-961-3932
Fax: 216-647-0458
andy@truckaccidents.com
dj@truckaccidents.com
jon@truckaccidents.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The original of the foregoing was served via the Court's electronic filing system this 10th

of July, 2026, upon the following:

Andrew H. Isakoff (0037177)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone: (216) 912-3804
Fax: (216) 344-9006
ahisakoff@mdwcg.com

Counsel for Defendants KMS and Djabbarov

Respectfully submitted,

<i>/s/ Andrew R. Young</i>
Andrew R. Young (0071543)
D.J. Young III (0071839)
Jonathan N. Bond (0096696)
The Law Firm for Truck Safety, LLP
